IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| McKearney Michael,<br>    Plaintiff | §<br>§<br>§ | |
| vs. | § | Case 1:09-cv-10416-RWZ |
| | § | |
| FH Cann & Associates, Inc.,<br>    Defendant | §<br>§ | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Michael McKearney, Plaintiff, hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

_____
Sergei Lemberg, Esq.
Lemberg & Associates LLC
1100 Summer Street, Third Floor
Stamford, CT 06905
T: 203.653.2250 x 101
F: 877.795.3666

ATTORNEY FOR PLAINTIFF